UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-cv-291 |
| ) | (Shirley) |
| DAVID W. TOWNSEND; RONALD NUTT; ) | |
| CTI MOLECULAR IMAGING, INC.; and ) | |
| CTI PET SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motions for summary judgment filed by the parties. The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, having rendered a decision on the parties' motions,

It is **ORDERED and ADJUDGED**

that the plaintiff University of Pittsburgh take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants David W. Townsend, Ronald Nutt, CTI Molecular Imaging, Inc., and CTI PET Systems, Inc. recover of the plaintiff University of Pittsburgh their costs of this action.

Dated at *Knoxville, Tennessee,* this 3rd day of August, 2007.

                                                   */s/ Patricia L. McNutt*
                                                   PATRICIA L. McNUTT
                                                   CLERK OF COURT