UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNIVERSITY OF PITTSBURGH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-cv-291 |
| | ) | (Shirley) |
| DAVID W. TOWNSEND, RONALD NUTT, | ) | |
| CTI MOLECULAR IMAGING, INC., and | ) | |
| CTI PET SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 112], on Plaintiff's Motion for Court Review of Taxation of Costs. [Doc. 145.] The plaintiff moves the Court to stay taxation of costs in this matter, pending the completion of the appellate process. J. Chadwick Hatmaker, counsel for the defendants, has informed chambers telephonically that the defendants do not oppose the plaintiff's motion. Accordingly, for good cause shown, the plaintiff's motion is hereby **GRANTED**. The taxation of costs in this matter is **STAYED** pending the resolution of the appeal in this case.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge